**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | 9234273 | Newell, B | 1079 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11/10/2022 1356
Offense Charged: ☒ CFR ☐ USC ☐ State Code
41-CFR 102-74:400(e)

Place of Offense: 1538 Yamhill St.

Offense Description: Factual Basis for Charge   HAZMAT ☐
Possession of narcotics.

### DEFENDANT INFORMATION

Last Name: Wells
First Name: Stephen
MI: M

[Street Address and further defendant info redacted]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.00 Forfeiture Amount
+ $30 Processing Fee
$ 530.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Arrested.

Original - CVB Copy

*9234273*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 10th, 2022 while exercising my duties as a law enforcement officer in the Portland District of Oregon

See attached Probable Cause statement.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/18/2022   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident